UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

AARON CHAVEZ,

        Petitioner,

v.

DAVID LEU,

        Respondent.
_____/

Case No. 1:22-cv-561

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

Dated: February 8, 2023

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge